**COX, WOOTTON, LERNER,**
**GRIFFIN & HANSEN, LLP**
Neil S. Lerner (SBN 134031)
nsl@cwlfirm.com
Arthur A. Severance (SBN 246691)
aseverance@cwlfirm.com
12011 San Vicente Blvd, Suite 600
Los Angeles, California 90049
Telephone:    310-440-0020
Facsimile:    310-440-0015

Attorneys for Plaintiff-in-Limitation
TODD MONTGOMERY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| In the matter of the Complaint of<br><br>TODD MONTGOMERY, as an owner of the motor vessel "Neptune," a 2002 35' 350 Signature Chaparral bearing Hull Identification No. FGBJ0L59I102, and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | Case No.: 8:21-cv-01270 JDE<br><br>**In Admiralty**<br><br>Declaration of Arthur A. Severance in Support of Application for Default Judgment |

I, Arthur A. Severance, declare as follows:

1. I have personal knowledge of the facts stated herein and if called upon to testify I could and would competently do so.

2. I am an attorney admitted to practice before this Court. I am a senior counsel at Cox, Wootton, Lerner, Griffin & Hansen, LLP, attorneys of record for Plaintiff-in-Limitation Todd Montgomery in this proceeding.

3. Notice of the pendency of this proceeding (the "Notice") was published in the *Orange County Register* on August 6, 13, 20, and 27, 2021, in accordance with the Court's Order Directing Execution of Monition and

Decl. of Arthur A. Severance         1

Publication of Notice (July 30, 2021, ECF No. 8), as evidenced by the Service by Publication (ECF No. 17).

4. On August 12, 2021, as evidenced by the Proof of Service (ECF No. 14), my office served Plaintiff-in-Limitation Todd Montgomery's Complaint in Admiralty for Exoneration from, or Limitation of, Liability (the "Complaint," ECF No. 1) by Federal Express on:

    a. Known potential claimant Danny Perez; and

    b. Known potential claimants Jim Lile, Elyse Lile, IRL, and VLL (collectively, the "Lile Claimants"), through their attorney Ronald Cozad.

5. Only the Lile Claimants appeared by the Court's September 21, 2021, deadline, filing their Claim for Damages and Answer on September 10, 2021 (ECF Nos. 23-24; Notice of Claims Made, ECF No. 28.)

6. No other claimants have filed or served timely claims or answers in response to the Complaint, as evidenced by the Court's docket and the Notice of Claims Made (ECF No. 28).

7. Danny Perez failed to file or serve a claim or answer in response to the Complaint or otherwise appear by the September 10, 2021, deadline, as evidenced by the Court's docket and the Notice of Claims Made.

8. Therefore, on October 5, 2021, upon application by Plaintiff-in-Limitation, the Clerk of the Court entered the default of "Danny Perez and all possible claimants, known and unknown, who did not file and serve their claims and answers on or before September 10 2021." (Default by Clerk, ECF No. 53; *see also* Default by Clerk, ECF No. 54 (regarding the entry of default regarding the complaint filed by Plaintiff-in-Limitation Fred Gil).)

9. No non-appearing claimant has moved the Court to set aside the default or for leave to file a late claim, as evidenced by the Court's docket.

///

COX, WOOTTON, LERNER, GRIFFIN, & HANSEN, LLP
12011 SAN VICENTE BLVD. SUITE 600
LOS ANGELES, CA 90049
TEL: 310-440-0020
FAX: 310-440-0015

Decl. of Arthur A. Severance      2

10. There are no facts to indicate that Danny Perez or any other possible claimants who have not yet filed or served their claims and answers are minors, incompetent, or in military service.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 21, 2022, at Tempe, Arizona.

By: s/ Arthur A. Severance
Arthur A. Severance

COX, WOOTTON, LERNER, GRIFFIN, & HANSEN, LLP
12011 SAN VICENTE BLVD.
SUITE 600
LOS ANGELES, CA 90049
TEL: 310-440-0020
FAX: 310-440-0015

Decl. of Arthur A. Severance 3