# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 12011 San Vicente Boulevard, Suite 600, Los Angeles, California 90049.

On October 21, 2022, I caused the following documents:

**Application for Default Judgment; Declaration of Arthur A. Severance; and**

**[Proposed] Order Granting Application for Default Judgment**

to be served on **See Attached Service List**, by:

☐ **(BY FEDERAL EXPRESS)** I caused the above listed documents to be served by Federal Express on the interested parties in this action with delivery no later than _____.

☐ **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY EMAIL)** Pursuant to an agreement with the attorneys for the relevant parties, I caused the above listed documents to be served by email on the interested parties at the listed addresses.

☐ **(BY FACSIMILE)** I am responsible for service by facsimile to the listed addresses.

☒ **(BY ECF)** I electronically served the referenced documents through CM/ECF. E-service in this action was completed on all parties listed on the service list registered with CM/ECF.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 21, 2022, at Tempe, Arizona.

/s/ Arthur A. Severance
Arthur A. Severance

# SERVICE LIST

*In re Montgomery*

*8:21-CV-01270-JVS-JDE*

| | |
|---|---|
| Alexander T Gruft<br>Law Offices of Alexander T Gruft<br>1515 Palisades Drive<br>Suite I-1<br>Pacific Palisades, CA  90272<br>Tel: 619-347-3308<br>agruft@gruftlaw.com | Attorney for Plaintiff-in-Limitation Fred Gil |
| Darren O. Aitken<br>Richard O. Cohn<br>Megan G. Demshki<br>Aitken*Aitken*Cohn<br>3 MacArthur Place, Suite 800<br>Santa Ana, CA  92707<br>Tel: 714-434-1424<br>Fax: 714-434-3600<br>darren@aitkenlaw.com<br>deborah@aitkenlaw.com<br>megan@aitkenlaw.com | Attorneys for Claimants Jim Lile, Elyse Lile, *et al.* |

COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP
12011 San Vicente Blvd. #600
Los Angeles, CA 90049
TEL: 310-440-0020
FAX: 310-440-0015

Certificate of Service  2  Case No. 21-cv-01270-JVS-JDE