UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:21-cv-01270-JDE | Date | November 12, 2026 |
| Title | In the Matter of the Complaint of Todd Montgomery, etc. | | |

| | |
|---|---|
| Present: The Honorable | John D. Early, United States Magistrate Judge |

| | |
|---|---|
| Amber Rodriguez | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs-in-Limitation: | Attorney Present for Claimants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause re Dismissal

On October 3, 2022, Claimants IRL, Elyse Lile, Jim Lile, and VLL ("Claimants") filed a Motion to (1) Lift the Stay of State Court Action under the Savings to Suitors Clause; (2) Allow this Court to Determine Limitation of Liability Issues; and (3) Stay Limitation of Liability Action, with a supporting Memorandum (Dkt. 49, "Motion") and a supporting Stipulation of and by the Claimants (Dkt. 49-1, "Stipulation"). On October 13, 2022, Plaintiff-in-Limitation Todd Montgomery ("Montgomery") filed a response to the Motion, stating he did "not oppose" the Motion, subject to the Stipulation, "provided the Court enters default judgment in his favor and against Danny Perez and all possible claimants, known and unknown, who did not file and serve their claims and answers on or before September 10, 2021," with Montgomery representing he would file a request for entry of a default judgment within seven days. Dkt. 55 at 1, 3. Plaintiff-in-Limitation Fred Gil ("Gil") filed a Joinder in Montgomery's response on October 17, 2022, also stating that Gil would file an application for a default judgment within seven days. Dkt. 56 at 2. Claimants did not file a Reply in support of the Motion. On October 28, 2022, the Court entered orders granting default judgments in favor of Montgomery and Gil and against Danny Perez and all other possible claimants who did not serve claims and answers by September 10, 2021. Dkt. 62, 63.

As such, finding good cause in support of the unopposed Motion, the Court granted the Motion and ordered:

1. The Stay Of Future State Court Actions contained in the July 30, 2021 Order Directing Execution of Monition and Publication of Notice (Dkt. 8) is LIFTED;

2. This Court retains jurisdiction to determine Limitation of Liability Issues; and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:21-cv-01270-JDE | Date | November 12, 2026 |
| Title | In the Matter of the Complaint of Todd Montgomery, etc. | | |

> 3. This Limitation of Liability Action is hereby STAYED, with all deadlines and dates that have not already passed ordered vacated; for administrative purposes only, the Clerk's Office is directed to administratively close [JS-6] the case until further order from the Court; the parties ORDERED to file joint Status Reports every six months from the date of this Order regarding the status any other related proceeding(s), and with any party authorized to move to lift the stay at any time by motion, filing on the docket, that complies with the Local Rules, including Local Rule 7-3.

Dkt. 65 ("Order").

Thereafter, on April 28, 2023, October 27, 2023, and April 29, 2024, Status Reports were filed as required by the Order. See Dkt. 66, 67, 68. The April 29, 2024 Status Report described events taken by Claimants to settle state court claims against the vessel owners, including efforts to resolve a Medi-Cal lien, with the final settlement subject to state court approval as it would involve compromise of a minor's claims, with the report stating the parties "anticipate that the minor's compromise will be resolved in the next 45-60 days. We will report back to the Court on status on or before June 25, 2024." Dkt. 68 at 2. No such report was filed by June 25, 2024. In fact, no filing has been made in the case in more than two and a half years since the April 2024 Status Report.

The Parties are ORDERED to show cause, in writing, within seven (7) days from the date of this order, why this action should not be dismissed with prejudice for failure to comply with a Court Order and failure to prosecute under Fed. R. Civ. P. 41(b). Failure to file such a response in a timely manner will result in a dismissal of this action without further notice.

IT IS SO ORDERED.

Initials of Clerk: ARO